UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Raul Moreno | : |
| | : |
| v. | : |
| | : |
| Café George By Paula, LLC, | : |
| Paula Konareski | : |
| | :     March 14, 2016 |
| Defendants | : |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

1. Defendants employed Plaintiff Raul Moreno as a cook at their restaurant in New Haven.  Mr. Moreno worked more than forty hours per week but was never paid an overtime premium, despite the requirements of the Fair Labor Standards Act of 1938, ("FLSA"), 29 U.S.C. § 201, et. seq..  Plaintiff brings this action to recover unpaid wages and liquidated damages owed to him.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this controversy pursuant to 29 U.S.C. § 216(b), 28 U.S.§§ 133,1 1337, and has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

3. Venue is appropriate pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred within this judicial district.

## THE PARTIES

4. Plaintiff Raul Moreno is a resident of Connecticut who worked for Defendants as a cook from 2000 through 2015.

5. Defendant Café George By Paula, LLC ("Café George") is a domestic corporation registered in Connecticut with a business address of 300 George Street, New Haven, CT 06510. At all relevant times, Café George had an annual gross volume of sales made or business done of more than $500,000.

6. Defendant Paula Konareski is the owner of Café George and had the power to hire, fire, pay, schedule, discipline, and supervise Café George employees, including Mr. Moreno. Defendant Konareski exercised these powers over Plaintiffs. For example, Ms. Konareski negotiated Plaintiff's pay with him repeatedly.

## FACTS

7. Defendants hired Mr. Moreno to cook food in their restaurant in 2000.

8. Each week between July 1, 2000 and December 1, 2015, Mr. Moreno worked fifty hours or more per workweek each and every week. Defendants never paid Mr. Moreno an overtime premium for any week of work.

9. For example, between October 26, 2015 and November 1, 2015, Defendants paid Mr. Moreno $620 for 50 hours at a regular rate of $12.40 per hour, but should have paid him $682.

## COUNT ONE - FAIR LABOR STANDARDS ACT
### (Overtime)

17. By the conduct described above, Defendants violated Plaintiffs' rights to be paid an overtime premium consistent with the provisions of the Fair Labor Standards Act, 29 U.S.C. §201, et seq.

18. Defendants' conduct as described above was in willful violation of the Plaintiff Moreno's rights pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq.. As a result of the Defendants' unlawful conduct, Mr. Moreno suffered a loss of compensation from employment that is due and owing to him.

## COUNT TWO - CONNECTICUT GENERAL STATUTES § 31-58, et seq.
### (Overtime)

19. By the conduct described above, the Defendants have denied the Plaintiff overtime wages in violation of Connecticut General Statutes § 31-60a and § 31-76c.

20. By the conduct described above, the Defendants' violations of Connecticut General Statutes were in bad faith, arbitrary, and/or unreasonable.

21. As a result of the Defendants' unlawful conduct, the Plaintiff has suffered a loss of compensation from employment that is due and owing to him.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiff prays that the Court award them:

1. All compensation due and owing to him by the Defendants;

2. Liquidated damages in equal amount to their unpaid minimum and overtime wages, pursuant to 29 U.S.C. § 216(b) and Conn. Gen. Stat. 31-58.

3. Plaintiff's costs and reasonable attorney's fees pursuant to 29 U.S.C. § 216(b);

4. Such other legal or equitable relief as the Court may deem just.

        THE PLAINTIFFS

By:   /s/_____
James Bhandary-Alexander
ct28135
New Haven Legal Assistance Assoc.
426 State Street
New Haven, CT 06510
(203) 946-4811
(203) 498-9271 fax
Email: jbhandary-alexander@nhlegal.org
Their Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2015, a copy of the foregoing Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James Bhandary-Alexander