# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Raul Moreno | : |
| | : |
| v. | : Case No. 3:16-cv-00424 |
| | : |
| Café George By Paula, LLC, | : |
| Paula Konareski | : |
| | : October 3, 2016 |
| Defendants | : |
| | : |

**STIPULATION TO WITHDRAW PLAINTIFFS' COUNT OF RETALIATION WITHOUT PREJUDICE**

Plaintiff Raul Moreno, and Defendants Café George By Paula, LLC and Paula Konareski, by and through undersigned counsel, stipulate that Plaintiffs shall withdraw Count Three of his the Amended Complaint (Retaliation), Doc. # 18, without prejudice.

Respectfully submitted this 3rd day of October, 2016.

         /s/             .
James Bhandary-Alexander
New Haven Legal Assistance Association
Attorney for the Plaintiff

         /s/             .
Brock Dubin
Donahue, Durham, & Noonan, P.C.
Attorney for Defendants

                                                    Respectfully submitted,


                                                    The Plaintiffs

                                                    By:  /s/   James Bhandary-Alexander
                                                    James Bhandary-Alexander (ct05727)
                                                    New Haven Legal Assistance Association

426 State Street
New Haven, CT 06510
(203) 946-4811
(203) 498-9271 fax
jbhandary-alexander@nhlegal.org
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                    /s/

                                         James Bhandary-Alexander